# Court of Appeals
# of the State of Georgia

ATLANTA,   August 09, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2330.  RAY GONZALES v. THE STATE.**

Ray Gonzales was indicted on numerous charges, including aggravated child molestation.  Gonzales filed several pro se motions, including a "Motion Requesting Entire DFACS's Discovery Documents Which Includes Conducted Interviews With Any and All Allegations Made By The Accuser."  The trial court reviewed the file requested, and 20 pages of the file were produced to Gonzales and the remaining pages were ordered sealed on March 1, 2012.  Gonzales amended his motion, and a hearing was held, wherein the trial court denied his motion.[1]  Gonzales filed a notice of appeal on April 2, 2012.   We lack jurisdiction.

As the case remains pending in the trial court, Gonzales was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b), which requires not only that he obtain a certificate of immediate review, but also that he file an application to this Court requesting permission to appeal.  See OCGA § 5-6-34 (b); Court of Appeals Rule 30.  Gonzales's failure to follow the interlocutory appeal procedure deprives this Court of jurisdiction to consider the appeal, which is hereby DISMISSED.

---

[1] It does not appear that trial court entered a separate order denying Gonzales's motion.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/09/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*